# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-6716 AHM (RZx) | Date | November 29, 2005 |
|---|---|---|---|
| Title | UNICOM SYSTEMS, INC. v. ELECTRONIC DATA SYSTEMS CORP. | | |

Present: The Honorable   A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        (IN CHAMBERS)

Plaintiff Unicom Systems, Inc. and Defendant Electronic Data Systems Corp.

participated in pretrial conference held on November 29, 2005, during which the Court

orally issued its rulings on the parties' various motions *in limine*.  The parties are hereby

ordered to submit, by not later than December 5, 2005, a joint proposed order reflecting

the Court's rulings on those motions.



DOCKETED ON CM

NOV 3 0 2005

BY _____ 009

Initials of Preparer _____